# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

_____

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

TRANSMITTAL OF UNCLAIMED FUNDS

January 13, 2017

16-60481

CHRISTOPHER JON RUNKLE

CREDITOR DID NOT CASH CHECK

CHECK #738970  FOR $257.00  CLAIM #005

LOAN CARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452